AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

| | | |
|---|---|---|
| Mary Williams | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:22-cv-00007-REW-HAI |
| Aetna Life Insurance Company | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aetna Life Insurance Company                                                                                                    .

Date:     03/21/2022

/s/ Warren Sebastian von Schleicher
*Attorney's signature*

Warren Sebastian von Schleicher - IL6197189
*Printed name and bar number*

Smith von Schleicher & Associates
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601

*Address*

warren.vonschleicher@svs-law.com
*E-mail address*

(312) 541-0300
*Telephone number*

(312) 541-0933
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

K. Cody Allison
Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Pkwy, Suite 1623
Nashville, Tennessee 37219
cody@codyallison.com

/s/ *Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189
