**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**EASTERN DIVISION AT LONDON**
**CASE NO. 6:22-cv-00007-REW-HAI**

**MARY WILLIAMS**                                                              **PLAINTIFF**

v.                                   **DISCLOSURE STATEMENT**

**AETNA LIFE INSURANCE COMPANY**                                        **DEFENDANT**

     The undersigned, counsel of record for AETNA LIFE INSURANCE COMPANY, defendant, furnishes the following in compliance with Fed. R. Civ. P. 7.1:

     Aetna Life Insurance Company has the following parent corporation(s):  Aetna Life Insurance Company is a wholly owned subsidiary of Aetna Inc.  Aetna Inc. is a wholly owned subsidiary of CVS Pharmacy, Inc.  CVS Pharmacy, Inc. is a wholly owned subsidiary of CVS Health Corporation, which is a publicly traded company.  No publicly held corporation owns 10% or more of Aetna Life Insurance Company's stock.

Date:  March 21, 2022

                            Respectfully submitted,

Warren von Schleicher (IL-6197189)    By:  */s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES    Attorney for Defendant,
180 North LaSalle Street, Suite 3130    Aetna Life Insurance Company
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com

### CERTIFICATE OF SERVICE

I certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

K. Cody Allison
Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Pkwy, Suite 1623
Nashville, Tennessee 37219
cody@codyallison.com

/s/ *Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189